■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHNNIE SOLOMON, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying, without a hearing, defendant's motion to vacate a judgment of conviction for burglary, third degree, rendered May 10, 1960.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD L. BURGETT, Appellant.— Order unanimously affirmed. (Appeal from order of Ontario County Court denying, without a hearing, motion to vacate judgment of conviction rendered October 20, 1943.) Present — Williams, P. J., Bastow, Halpern and McClusky, JJ.

■ FLEET-WING CORPORATION, Respondent, v. PEASE OIL COMPANY et al., Appellants, et al., Defendants.— Order insofar as appealed from unanimously affirmed, with $25 costs and disbursements. (Appeal from certain parts of an order of Erie Special Term granting plaintiff's motion to strike certain paragraphs from the answer and denying leave to amend answer.) Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing a writ of habeas corpus and remanding the relator to the custody of the Warden of Attica Prison.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCIAN BOOKER, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term after a hearing, dismissing a writ of habeas corpus and remanding the relator to the custody of the Warden.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ MAURICE V. MURRAY, Respondent, v. FORSYTHE MOTOR PARTS, CORP., Appellant.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Onondaga Trial Term for plaintiff, in an action to recover for services rendered.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of CALIFORNIA OIL COMPANY et al., Appellants, v. FRED ROOT et al., Constituting the Town Board of the Town of Salina, Respondents.— Final order unanimously affirmed, without costs of this appeal to either party. (Appeal from final order of Onondaga Special Term dismissing the petition.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.